# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| KEITH BOX, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:09CV01430 ERW |
| | ) | |
| DON ROPER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Upon review of the Court file, plaintiff has failed to comply with the Court's order dated September 9, 2009. Rule 41(b) of the Federal Rules of Civil Procedure permits the Court to dismiss a case for failure to prosecute or to comply with a Court order.

The Court notes that plaintiff has filed several motions. The Court has carefully reviewed the motions and finds them to be without merit.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's complaint is **DISMISSED** without prejudice pursuant to Fed. R. Civ. P. 41(b).

**IT IS FURTHER ORDERED** that all pending motions are **DENIED**.

An Order of Dismissal will accompany this Order.

So Ordered this 19th Day of October, 2009.

E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE